470 A.2d 1031

Commonwealth v. Mower, Appellant.

Submitted November 7, 1983. Clarence A. Mower, appellant, in propria persona; John Edward Feather, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Appeal quashed, without prejudice to Appellant's right to petition the trial court for leave to file appropriate appeals nunc pro tunc, in compliance with Pa.R.Crim.P. 67.

POPOVICH, J., filed a memorandum concurring and dissenting statement.